IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et. al. ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:08-cv-1020(HHK) |
| v. ) ) | |
| G&M Painting Enterprises, Inc. ) d/b/a G & M Painting Enterprises, Inc. ) d/b/a G&M Painting Ent. ) d/b/a G&M Painting ) | |
| Defendant. ) | |

## NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK**:

Please enter the Return of Service attached to this notice.

**Name of Party Served:**   Karl V. Fleet, Manager

**Date/Time of Service:**   July 14, 2008 – 10:45 am

**Location of Service:**   18902 Quarry Road
Riverview, MI 48139

Respectfully submitted,

JENNINGS SIGMOND

BY: /s Kent G. Cprek
KENT G. CPREK
D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

Counsel for Plaintiff

Dated: August 5, 2008

198080-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND, a/k/a
IUPAT Union and Industry National Pension Fund,
et. al.

**SUMMONS IN A CIVIL CASE**

V.

G&M Painting Enterprises, Inc.
 d/b/a G & M Painting Enterprises, Inc.
 d/b/a G&M Painting Ent.
 d/b/a G&M Painting

CASE

Case: 1:08-cv-01020
Assigned To : Kennedy, Henry H.
Assign. Date : 6/13/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

G&M Painting Enterprises, Inc.
 d/b/a G & M Painting Enterprises, Inc.
 d/b/a G&M Painting Ent.
 d/b/a G&M Painting
18902 Quarry Road
Riverview, MI  48193

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT G. CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**        JUN 1 3 2008

CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 7-14-08 |
| NAME OF SERVER (PRINT) M SZKUTNICKI | TITLE PSO |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: GM PAINTING ENTERPRISES INC. WITH KARL V. FLEET MANAGER OF BUSINESS.

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date

Signature of Server    7-14-08

7/14/08
10:45 AM

Address of Server: Taylor, MI

Karl V.
Fleet Manager

SUZANNE M. GLENFIELD
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF OAKLAND
MY COMMISSION EXPIRES JULY 4, 2013
ACTING IN THE COUNTY OF _____

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.